WHATLEY *et al. v.* LAMPKIN.

BECK, P. J. Under the evidence in this case a verdict for the defendant was demanded, and the court did not err in directing the verdict to which exception is taken.

*Judgment affirmed. All the Justices concur.*

No. 5297. JUNE 18, 1926.

Complaint for land. Before Judge Ellis. Fulton superior court. November 13, 1925.

*Lowndes Calhoun,* for plaintiffs.

*Branch & Howard,* for defendant.